

| DISTRICT | OFF. | DOCKET YR. NUMBER | CR OR | DATE MO. DAY YR. | NTF SUI | PTF | DEF | $ DEM THOUSANDS | JUDGE MAG | COUNTY | JURY DEM. | DOCK YR. NU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 88 2031 | 1 | 6 22 88 | 3 | 442 | | 4724 | 8 | 39035 | P | 88 |

**CAUSE:**

**PLAINTIFFS**

Wigley, Benjamin P.

**DEFENDANTS**

1. Donn Corporation
2. USG Interiors Inc.
3. Hours, Inc.
4. Hours Incorporated National
5. H'Ours Inc.

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)
42:2000e  Civil Rights

**ATTORNEYS**

~~Mark N. Miller~~ W/drawn 10/12/88
457 The Arcade
Cleveland, OH 44114
216/687-1838

Benjamin P. Wigley
3333 Euclid #227-Guest Lodge
Cleveland, OH 44115

1 & 2.
✓ Thomas H. Shunk (390025793)
Baker & Hostetler
3200 National City Center
Cleveland, OH 44114
216/621-0200

1 & 2.
✓ Michael R. Flaherty (Id 170082736)
Keck, Mahin & Cate
8300 Sears Tower
233 S. Wacker Dr.
Chicago, Illinois 60606
312/876-3354

3, 4, 5.
✓ L. Terrance Ufholz (Id 390001739)
707 Society Bldg.
Akron, OH 44308
216/253-1111

Action arose in Cuyahoga County #3

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARD | |
|---|---|---|---|---|---|
| | DATE JUN 22 1988 | RECEIPT NUMBER 144687 | C.D. NUMBER | CARD | DATE |
| | | | | JS-5 6/30/88 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                    DC-111 (R

C88-2031

| DATE | NR. | | PROCEEDINGS |
|---|---|---|---|
| 6/22/88 | 1 | | COMPLAINT. JURY DEMAND. Summ issd to pltf's atty. (6p.) prm |
| 6/22/88 | 2 | | INITIAL Order. Batchelder, J. issd to pltf's atty. (4 p.) prm |
| 7/7/88 | 3 | | SUMMONS retn and srv by cert: USG Interiors 6/29; Hours, 6/24; Donn Corp. 6/24/88. (VD |
| 7/11/88 | 4 | (5) | MOTION Of defts Donn Corp. & USG Interiros for ext of time to resp to the complt. c/m 7/11/88 (4 p.) prm |
| 7/12/88 | 5 | (4) | MARGINAL entry order granting defts until 8/1/88 to resp to the complt. Batchelder, J. issd 8/13/88 (EOD 7/14/88) prm |
| 7/13/88 | 6 | | ANSWER of deft H'Ours, Inc., aka Hours Inc. to the complt. c/m 7/13/88 |
| 7/13/88 | 7 | | MOTION of deft Hours Incorporated National to dism, w/ affvt & memo in sup c/m 7/13/88 (4 p.) prm |
| 7/27/88 | 8 | | SUMMONS retn. Srv Hours Incorporated Naitonal & H'ours Inc. on 7/27/88 b ordinary mail. prm |
| 8/2/88 | 9 | | ANSWER Of defts Donn Corp. and USG Interiors to the complt. c/m 8/1/88 (7 |
| 8/15/88 | 10 | | REQUEST of defts' for prodctn of docmt to pltf. c/m 8/10/88 (6 p) prm |
| 8/15/88 | 11 | | INTERROGATORIES of defts' to pltf. c/m 8/10/88 (10 p.) prm |
| 8/15/88 | 12 | | NOTICE of defts to take the depo of Benjamin P. Wigley on 10/19/88. c/m 8/1 (2 p) prm |
| 10/6/88 | 13 | (14) | MOTION of Mark N. Miller for leave to w/draw as counsel for pltf, w/ affvt c/m 10/6/88 (3 p.) prm |
| 10/12/88 | 14 | (13) | MARGINAL entry order granting Mark Miller leave to w/draw as counsel for Batchelder, J. issd 10/17/88 (E)D 10/17/88) prm |
| 10/25/88 | 15 | | MOTION of defts Donn Corp. and USG Interiors to compel pltf to resp to dis c/m 10/25/88 (5 p) prm |
| 10/26/88 | 16 | | ORDER that counsel's mot for leave to w/draw is granted; pltf shall have 3 days to obtain new counsel; failure to do so will result in dism of thi Batchelder, J. issd 10/27/88 (EOD 10/27/88) prm (1 p) |
| 10/31/88 | 17 | (18) | MOTION of pltf Benjamin Wigley for leave to proceed Pro Se. (1 p.) prm |
| 11/2/88 | 18 | (17) | MARGINAL entry order granting pltf leave to proceed Pro Se; further Benj shall resp to the deft's outstanding disc req on or before 12/15/88; n Batchelder, J. issd 11/4/88 (EOD 11/7/88) prm |
| 11/9/88 | 19 | | RESPONSE of pltf to deft's mot to dism. c/m 11/7/88 (1 p) prm |
| 12/19/88 | 20 | | MOTION of defts to dism for want of prosecution w/prej & exh attached. c/m 12/19 (5 p) pel |
| 8/31/89 | 21 | | ORDER granting mot of deft to dism for want of prosecution for failure to c with ord that pltf shall resp to defts outstanding disc by 12/15/88. fu case is dism w/prej. Batchelder, J. iss 8/31/89 (1p) (EOD 8/31/89) |